

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00138-CR

The **STATE** of Texas,
Appellant

v.

Jerry **ALAQUINEZ**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5644
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we REVERSE the trial court's February 8, 2024 Order on Request for Hearing on Defendant's Motion to Reconsider Sentence and Defendant's Application for Deferred Adjudication and REMAND the case to the trial court to reinstate the Judgment of Conviction by Court — Waiver of Jury Trial, entered on January 10, 2024.

SIGNED March 26, 2025.

Rebeca C. Martinez, Chief Justice